IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen T. Walzer, | ) | Case No. 17-21968 TPA |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Stephen T. Walzer, | ) | Related to Document No. 85 |
| Social Security No. XXX-XX- 1831 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Scalise Industries and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 28, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Stephen T. Walzer  
1034 Stratmore Avenue  
Pittsburgh, PA 15205  

Scalise Industries Corp.  
Attn: Payroll Department  
PO Box 611  
Lawrence, Pa 15055  

Date of Service:    March 28, 2019    /s/ Kenneth M. Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965