IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Stephen T. Walzer, ) | Case No. 17-21968 TPA |
| *Debtors* ) | Chapter 13 |
| ) | |
| Stephen T. Walzer, ) | Related to Document No. 89 |
| Social Security No. XXX-XX- 1831 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Scalise Industries and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 8, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Stephen T. Walzer  
1034 Stratmore Avenue  
Pittsburgh, PA 15205  

Scalise Industries Corp.  
Attn: Payroll Department  
PO Box 611  
Lawrence, Pa 15055  

Date of Service:     May 8, 2019

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965