IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Stephen T. Walzer, ) | Case No. 17-21968 TPA |
| *Debtors* ) | Chapter 13 |
| ) | |
| Stephen T. Walzer, ) | Related to Document No. 101 |
| Social Security No. XXX-XX- 1831 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Ruthrauff Sauer LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 17, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Stephen T. Walzer
1034 Stratmore Avenue
Pittsburgh, PA 15205

Ruthrauff Sauer LLC
Attn. Payroll Dept.
400 Locust St.
McKees Rocks, PA 15136

Date of Service:    March 17, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965