FILED
3/24/21 9:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Stephen T. Walzer, ) | Case No. 17-21968 TPA |
| *Debtors* ) | Chapter 13 |
| ) | |
| Stephen T. Walzer, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 1831 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | Related Document No. 106 |
| ) | |
| Gunning Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## ORDER OF COURT

AND NOW, to wit, this 24th day of March, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that Gunning Inc., Attn. Payroll Dept., 200 Rochester Road, Pittsburgh, PA 15229 is hereby ordered to immediately terminate the attachment of the wages of Stephen T. Walzer, social security XXX-XX- 1831. No future payments are to be sent by Gunning Inc. to Ronda Winnecour, Trustee, on behalf of Stephen T. Walzer.

FURTHER ORDERD:

_____ asg
Honorable Thomas P. Agresti
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21968-TPA |
| Stephen T. Walzer | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID        Recipient Name and Address**
db             + Stephen T. Walzer, 1034 Stratmore Avenue, Pittsburgh, PA 15205-2413

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
                        on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Elizabeth Lamont Wassall
                        on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Jeffrey R. Hunt
                        on behalf of Creditor Borough of Ingram jhunt@grblaw.com  cnoroski@grblaw.com

Kenneth Steidl
                        on behalf of Debtor Stephen T. Walzer julie.steidl@steidl-steinberg.com
                        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7