IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Stephen T. Walzer, ) | Case No. 17-21968 TPA |
| *Debtors* ) | Chapter 13 |
| ) | |
| Stephen T. Walzer, ) | Related to Document No. 110 |
| Social Security No. XXX-XX- 1831 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Gunning Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 1, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Stephen T. Walzer
1034 Stratmore Avenue
Pittsburgh, PA 15205

Gunning Inc.
Attn. Payroll Dept.
200 Rochester Rd.
Pittsburgh, PA 15229

Date of Service:    April 1, 2021        /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965