**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

STEPHEN T. WALZER

|  |  |
|---|---|
| Debtor(s) | Case No. 17-21968TPA |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant | |
| vs. | |
| PNC BANK NA | |
| Respondent(s) | |

INTERIM NOTICE OF CURE OF ARREARS

  Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001 (f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan .

  The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement .

Trustee Record Number - 12
Court Claim Number - 3

|  |  |
|---|---|
| 5/13/2022 | /s/  Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
|  | 600 GRANT STREET |
|  | SUITE 3250 US STEEL TWR |
|  | PITTSBURGH, PA  15219 |
|  | (412) 471-5566 |
|  | cmecf@chapter13trusteewdpa.com |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

STEPHEN T. WALZER

|  |  |
|---|---|
| Debtor(s) | Case No.:17-21968TPA |
| | Chapter 13 |
| Ronda J. Winnecour | Document No.____ |
| Movant | |
| vs. | |
| PNC BANK NA | |
| Respondent(s) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

STEPHEN T. WALZER, 1034 STRATMORE AVENUE, PITTSBURGH, PA  15205

KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

PNC BANK NA, 3232 NEWMARK DR, MIAMISBURG, OH  45342

KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

PETER J ASHCROFT ESQ, ASST VICE PRESIDENT/PRODUCTION DEPLOYMNT MGR, PNC -
RETAIL LENDING DEFAULT - BKRPTCY, 620 LIBERTY AVE 25TH FL, PITTSBURGH, PA  15222

05/13/2022

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com