FILED
7/28/22 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 17-21968-TPA | |
| | : | | | |
| Stephen T. Walzer | : | Chapter: | 13 | |
| | : | | | |
|     *Debtor(s).* | : | | | |
| | : | Date: | 7/27/2022 | |
| | : | Time: | 10:00 | |

## PROCEEDING MEMO

**MATTER**   #118 Motion to Dismiss Case
     #120 Resp. by Debtor

**APPEARANCES:**
   Debtor: Julie Steidl
   Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   $978 to complete assuming Debtor takes over long term payments in July. Counsel asked for an August take over. $978 plus mortgage payments for July and August.

Steidl:

**OUTCOME:**   Continued to 9/14/22 at 10:30am, $978 plus 2 payments for July and August are due. Debtor to take over long term debt payments in September. MOE

*/s/ signature*
nms