IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Stephen T. Walzer<br><br>*Debtor*<br><br>Stephen T. Walzer<br><br>*Movant*<br><br>No Respondent(s) | Case No. 17-21968 TPA<br>Chapter 13<br>Docket No. |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On May 3, 2022 at docket number 116, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: This Certification is being signed under penalty of perjury by: The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_8/17/22_
Date

X _[signature]_
Debtor

_____
Date

_____
Debtor

Respectfully submitted,

8/22/22
DATE

Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

PAWB Local Form 24 (07/13)