FILED
9/15/22 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | | 17-21968-TPA |
| | : | | | |
| Stephen T. Walzer | : | Chapter: | | 13 |
| | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | | 9/14/2022 |
| | : | Time: | | 10:30 |

### PROCEEDING MEMO

**MATTER**  #118 Cont. Motion to Dismiss Case by Trustee
#120 Resp. by Debtor

**APPEARANCES:**
Debtor: (Kenneth Steidl) Abagail Steidl
Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   I haven't received a payment since April.

Steidl:   I have no defense to dismissal.

**OUTCOME:**   Case is dismissed without prejudice …OE

*/s/ Ronda J. Winnecour*
nms